# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | DOCKET NO. 3:14-mj-00038-DCK |
| v. ) | |
| ) | Order for Dismissal |
| GERICO DONTAE ALEXANDER ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Motion To Dismiss" (Document No. 3) filed April 9, 2014. Leave of Court is hereby granted for the dismissal of the Complaint in the above-captioned case without prejudice.

**IT IS FURTHER ORDERED** that the Clerk is directed to certify copies of this Order to the U.S. Probation Office, the U.S. Marshals Service, defense counsel, and the United States Attorney's Office.

**SO ORDERED**.

Signed: April 9, 2014

David C. Keesler
United States Magistrate Judge